Helen A. MACARUSO

v.

Leonard A. MACARUSO.

No. 80–20–Appeal.

Supreme Court of Rhode Island.

Nov. 19, 1981.

John D. Lynch, Gary R. Pannone, Warwick, for appellant.

Jeremiah S. Jeremiah, Jr., Cranston, for appellee.

ORDER

This case came before a hearing panel of this court pursuant to an order to show cause why an appeal from an order of the Family Court modifying support payments should not be dismissed. The case was assigned for oral argument to November 17, 1981. After consideration of the arguments of counsel, we are of the opinion that the findings of fact of the Family Court justice were not clearly wrong and that cause has not been shown. Therefore, the appeal is hereby dismissed.

BEVILACQUA, C.J., and SHEA, J., did not participate.

MEMO REALTY INC. et al.

v.

MT. PLEASANT HARDWARE INC.

No. 81–149–A.

Supreme Court of Rhode Island.

Nov. 19, 1981.

Revens & DeLuca Ltd., Michael A. St. Pierre, Warwick, for plaintiffs.

Gunning, LaFazia & Gnys, Inc., Richard T. Linn, Providence, for defendant.

ORDER

The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied. This case is assigned to the *show cause* calendar. Since the plaintiffs' initial appeal herein was apparently taken from the decision of the trial justice, the parties are directed to appear on a date to be assigned and show cause why this case should not be remanded to the Superior Court for entry of a nunc pro tunc judgment.

John H. NORBERG, Tax Administrator

v.

ESTATE OF Nellie PUGH et al.

No. 81–545–M.P.

Supreme Court of Rhode Island.

Nov. 19, 1981.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Asst. Atty. Gen., Marcia McGair Ippolito, Legal Officer, Taxation, for plaintiff-respondent.

Francis J. Maguire, Providence, for defendants-petitioners.

ORDER

The petition for writ of certiorari and motion for stay are denied. The stay entered herein on November 10, 1981 is hereby vacated.